

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 27, 2025

Clerk, United States District Court

__Northern__ District of __Oklahoma__

333 West Fourth Street, Room 411
Tulsa, OK  74103-3819

Re:   Transfer of Jurisdiction of Probation
   Your Case No. 23-CR-309-001-JFH
   Assigned Our Case No. CR 25-128 AB
   Case Title: USA v. Julia Lydia Savage

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __DOLLY M. GEE__ .

Please forward to this district copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By  G. Kami    grace_kami@cacd.uscourts.gov
   Deputy Clerk

cc:   Probation Office, Central District of California
   Probation Office, District of Origin